UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL No. 2750<br>Master Case No.: 3:16-md-2750 |
| This Document Relates to: | JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |
| *DeSalis, Shery*          3:16-cv-04484<br>*Ervin, Crystal*        3:16-cv-05478<br>*Forehand, Carolyn*     3:16-cv-04485<br>*Jackson, Keisha*       3:16-cv-04486<br>*Lemke, Wayne*          3:16-cv-05316<br>*Rogers, Teresa*        3:16-cv-04489<br>*Sutherland, Scot*      3:16-cv-04490<br>*Waddle, Laura*         3:16-cv-04024<br>*Warren, Nathan*        3:16-cv-04136 | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT MITSUBISHI TANABE PHARMA CORP. ONLY**

TO THE CLERK OF THE COURT:

Plaintiffs, by and through their undersigned counsel, and pursuant to Case Management Order No. 7, hereby voluntarily dismiss Defendant, Mitsubishi Tanabe Pharma Corp., from the above captioned actions in the Invokana (Canagliflozin) Products Liability Litigation, without prejudice.

Dated: June 8, 2017

**SO ORDERED.**

Dated: June 9, 2017

*/s/  Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI
United States District Judge**

RESPECTFULLY SUBMITTED,

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, New Jersey 07102
T:  (973) 639-9100
F:  (973) 639-9393
cseeger@seegerweiss.com

*Attorneys for Plaintiffs*